**IN THE UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| **COMPETITION SALES, INC.,** | § | |
| | § | |
| *Plaintiff(s),* | § | |
| | § | |
| **V.** | § | **CIVIL ACTION NO. 4:25-cv-05419** |
| | § | **(JURY)** |
| **UNITED FINANCIAL CASUALTY** | § | |
| **COMPANY,** | § | |
| | § | |
| *Defendant(s)* | § | |

## NOTICE OF SETTLEMENT

Plaintiff, through undersigned counsel, provides this notice to the Court that the Parties have reached a settlement in the above styled and number cause. The parties are in the process of preparing and finalizing settlement documentation. The parties anticipate completing that process within 60 days, at which time they will file an appropriate stipulation to dismiss this matter.

Respectfully submitted,

CHAD T. WILSON LAW FIRM PLLC

By: */s/ Patrick C. McGinnis*

Chad T. Wilson
Southern Bar No. 2246983
Texas State Bar No. 24079587
Patrick C. McGinnis
Southern Bar No. 20675
Texas State Bar No. 13631900
455 East Medical Center Blvd., Suite 555
Webster, Texas 77598
Telephone: (713) 222-6000
Facsimile: (281) 940-2137
cwilson@cwilsonlaw.com
pmcginnis@cwilsonlaw.com

Attorneys for Plaintiffs

2

## <u>CERTIFICATE OF FILING AND SERVICE</u>

       I hereby certify that on March 13, 2026, I electronically transmitted this document to the Clerk of Court using the CM/ECF system for filing. Based on the records currently on file, the Clerk of Court will transmit a Notice of Electronic Filing to defendant(s) counsel of record.

Amy L. Harrington
David H. Bradley
Natalie Piltzmaker
WALTERS, BALIDO & CRAIN, LLP
2500 Tanglewilde, Suite 450
Houston, Texas 77063
Phone: 713.832-1500
Email: harringtonedocs@wbclawfirm.com

Attorneys for Defendant

                    /s/ *Patrick C. McGinnis*
                    Patrick C. McGinnis