United States District Court
Southern District of Texas

**ENTERED**

March 13, 2026

Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

COMPETITION SALES, INC., §
§
    Plaintiff, §
§
§
v. § CIVIL ACTION NO. H-25-5419
§
§
UNITED FINANCIAL CASUALTY §
COMPANY, §
§
    Defendant. §

## ORDER OF DISMISSAL ON SETTLEMENT ANNOUNCEMENT

The Court has been informed that a settlement of this cause of action has been reached. The case is **DISMISSED** without prejudice, subject to the right of either party to move for reinstatement within sixty (60) days after the entry of this order.

The Clerk will enter this Order and notify all parties.

SIGNED at Houston, Texas, on this 13TH day of March 2026.

EWING WERLEIN, JR.
UNITED STATES DISTRICT JUDGE